IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBBIE CHRISTIANSEN, | ) | |
| | ) | 8:06CV:690 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| TEAMSTERS UNION LOCAL #554 | ) | |
| a/k/a GENERAL DRIVERS & | ) | |
| HELPERS UNION #554, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the Motion of the Plaintiff to extend the time for Plaintiff to respond to the Defendant's Motion for Summary Judgment and to the supplement to Defendant's summary judgment motion and attached supplemental affidavit, and the filed deposition of Mr. James W. Sheard, from April 20, 2007, to and including April 30, 2007, or such other date as the Court deems appropriate. The Court being fully advised in the premises, finds that said Motion should be and is hereby granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff shall have until April 30, 2007, to respond to the Defendant's Motion for Summary Judgment, and to the supplement to Defendant's summary judgment motion and attached supplemental affidavit, and the filed deposition of Mr. James W. Sheard.

DATED this 17th day of April, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge, U. S. District Court