```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

DEBBIE CHRISTIANSEN,            )   CASE NO. 8:06 CV 690
                                )
            Plaintiff,          )
                                )
     vs.                        )
                                )   **ORDER**
TEAMSTERS UNION LOCAL #554      )
a/k/a GENERAL DRIVERS & HELPERS )
UNION #554,                     )
                                )
            Defendant.          )

This matter is before the Court on Defendant's Motion for Leave to File Supplemental Affidavits and Deposition Along with Supplemental Index of Exhibits and a Supplement to Defendant's Summary Judgment Motion and Brief. Filing No. 25. The Court being fully advised in the premises finds that Defendant's Motion for Leave to File Supplemental Affidavits and Deposition Along with Supplemental Index of Exhibits and a Supplement to Defendant's Summary Judgment Motion and Brief should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Defendant has leave to file the following:

(1) The Supplemental Affidavit of James Sheard in Support of Summary Judgment along with Defendant's payroll records with an Index of Exhibits attached thereto which was filed March 1, 2003 as Document 18. Leave is also granted to file the paper payroll information filed directly with the Court due to its volume.

(2)  The Supplement to Defendant's Summary Judgment filed as Document 22 filed April 15, 2007 along with the Affidavit of James Sheard attached thereto as Exhibit 1.

(3)  The Deposition of James Sheard filed as Document 23 on April 13, 2006 and received as a transmittal on April 16, 2006 along with all exhibits attached thereto.  Leave is also granted to file same as a paper exhibit with the Court.

(4)  And, a Supplemental Index of the Exhibits described above.

DATED this 9th day of May, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge, U.S. District Court