# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEBBIE CHRISTIANSEN,** | ) | |
| | ) | **8:06CV690** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TEAMSTERS UNION LOCAL #554,** | ) | |
| | ) | |
| Defendant. | ) | |

     This matter is before the court following a planning conference with counsel on June 8, 2007. The parties assert the determination of the pending motions for summary judgment will control the balance of discovery. Accordingly, the parties request to defer the planning conference to determine the final progression of the case until after the court's ruling on the pending motions for summary judgment is ruled upon. Counsel for the plaintiff shall initiate a telephone planning conference with opposing counsel and the undersigned magistrate judge **within ten (10) working days** following the order of deposition of the pending motions for summary judgment.

     **IT IS SO ORDERED.**

     DATED this 8th day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
